JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA IRENE WOODS, | Case No. EDCV 11-1393-CJC (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| JAVIER CAVAZOS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: July 3, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE